(Submitted September 30, 1935; decided October 15, 1935.)

*Herbert J. Ryan* and *James R. Lyttle* for motion.
*Irwin Panken* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.